CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
ERIN M. MURPHY (No. 285087)
Deputy Federal Public Defender
(E-mail: Erin_Murphy@fd.org)
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-5310
Facsimile: (213) 894-0081

Attorneys for Defendant

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| UNITED STATES OF AMERICA, | Case No. 22-MJ-4441 |
|---|---|
| Plaintiff, | |
| v. | **ASSERTION OF FIFTH AND SIXTH AMENDMENT RIGHTS** |
| ANDREA ALEXA ROUO, | |
| Defendant. | |

I, the above named defendant, hereby assert my Fifth and Sixth Amendment rights to remain silent and to have counsel present at any and all of my interactions with the government or others acting on the government's behalf. I do not wish to, and will not, waive any of my constitutional rights except in the presence of counsel. I do not want the government or others acting on the government's behalf to question me, or to contact me seeking my waiver of any rights, unless my counsel is present.

_____
(Defendant's signature)

_____
Erin M. Murphy, DFPD

Translated into _____ by:

_____
(Interpreter's name printed & signature)

Date: 11/9/22   Time: 3:18   a.m./p.m.